**PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.**
2112 Third Avenue, Suite 500
Seattle, Washington 98121
(206) 462-6700
Michael A. Patterson, Esq., NYSBA Reg. No. 3615283
*Attorneys for the Corporation of the Catholic Archbishop of Seattle*
*Party-In-Interest*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE CHRISTIAN BROTHERS' INSTITUTE, et al., | : | Case No. 11-22820 (RRD) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |
| CORPORATION OF THE CATHOLIC ARCHBISHOP OF SEATTLE, a corporation sole, | : | Adversary Proceeding |
| | : | No. 12-08236-rdd |
| Plaintiff, | : | |
| | : | |
| CONGREGATION OF CHRISTIAN BROTHERS OF IRELAND; CHRISTIAN BROTHERS INSTITUTE, a New York corporation; CONGREGATION OF THE BROTHERS OF THE CHRISTIAN SCHOOLS OF IRELAND; CONGREGATION OF CHRISTIAN BROTHERS; CONGREGATION OF CHRISTIAN BROTHERS-NORTH AMERICAN PROVINCE a/k/a WESTERN PROVINCE; THE CHRISTIAN BROTHERS OF IRELAND, INC., an Illinois corporation; CONGREGATION OF CHRISTIAN BROTHERS-NORTH AMERICAN PROVINCE a/k/a WESTERN PROVINCE a/k/a EASTERN PROVINCE a/k/a AMERICAN PROVINCE; CHRISTIAN BROTHERS INSTITUTE OF CALIFORNIA, a California corporation; CHRISTIAN BROTHERS INSTITUTE OF MICHIGAN, a Michigan corporation, | : | |
| Defendants. | : | |

//
//

1

## ORDER OF DISMISSAL

Plaintiff Corporation of the Catholic Archbishop of Seattle ("Archdiocese") respectfully requests that the Court enter an order under Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1) that dismisses their claims against all remaining defendants who entered an appearance in the above-referenced adversary proceeding with prejudice and without fees or costs to any party.

DATED: October 6, 2014

| **PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.** *Counsel for the Corporation of the Catholic Archbishop of Seattle* | **TARTER KRINSKY & DROGIN LLP** *Counsel for The Christian Brothers' Institute, et al* |
|---|---|
| By: /s/ Michael A. Patterson<br>Michael A. Patterson<br>2112 Third Avenue, Suite 500<br>Seattle, WA 98121<br>(206) 462-6700 | By: /s/ Scott S. Markowitz<br>Scott S. Markowitz<br>1350 Broadway, 11th Floor<br>New York, NY 10018<br>(212) 216-8000 |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Any and all claims brought in the above-captioned adversary proceeding ("Adversary Proceeding") with respect to any party's rights under the Policies for Tort Claims, as defined in the Adversary Proceeding complaint, are hereby dismissed with prejudice and without fees or costs to any party.

2. This Order is made without prejudice to any insurance rights of any party under the Policies for any future claims other than the Tort Claims at issue herein.

3. The Clerk is hereby directed to close this adversary proceeding.

DATED: White Plains, New York
October 7, 2014

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

2